# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Maria Noemi B. Bautista,<br><br>  Plaintiff(s),<br><br>v.<br><br>Reynaldo P. Gacad,<br><br>  Defendant(s). | Case No. 2:25-cv-01226-NJK[1]<br><br>**ORDER**<br><br>[Docket No. 9] |

Pending before the Court is Plaintiff's motion to be permitted to file electronically. Docket No. 9. *Pro se* litigants may request authorization to register as electronic filers in a specific case. Local Rule IC 2-1(b).

The motion is **GRANTED** subject to the following:

- No later than October 8, 2025, Plaintiff must file a certification that she completed a CM/ECF tutorial,[2] and that she is familiar with the Electronic Case Filing Procedures and the Civil Menu E-Filing Categories and Events.[3]

- Plaintiff is not authorized to file electronically until said certification is filed within the timeframe specified above.

---

[1] This case is proceeding before the undersigned magistrate judge as part of the opt-out consent program. *See* Docket Nos. 3-4; *see also* Gen. Order 2023-11.

[2] This District does not currently have such a tutorial, but one is available through the Northern District of California's website, which can be found at https://cand.uscourts.gov/cases-e-filing/cm-ecf/e-filing-my-documents/tutorial/. The guidance provided therein is generally also applicable to filings in this District. Nonetheless, instructions specific to that court (such as the website address for filings in that District) do not apply to cases in this District.

[3] The Electronic Case Filing Procedures and Civil Menu E-Filing Categories and Events can all be found at https://www.nvd.uscourts.gov/e-filing-permission/.

1

- Upon timely filing of the certification, Plaintiff must contact the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

IT IS SO ORDERED.

Dated: October 14, 2025

_____
Nancy J. Koppe
United States Magistrate Judge