# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Maria Noemi B. Bautista,

    Plaintiff(s),

v.

Reynaldo P. Gacad,

    Defendant(s).

Case No. 2:25-cv-01226-NJK[1]

**ORDER**

[Docket Nos. 16, 17, 18]

Pending before the Court is Plaintiff's motion to admit proof of service, Docket No. 16, along with two motions for entry of default, Docket Nos. 17-18.[2] Plaintiff has now filed a proof of service evidencing personal service on Defendant on October 21, 2025. Docket No. 16-3 at 2. Moreover, Defendant has not appeared to defend this action. Accordingly, Plaintiff's motion to admit proof of service and Plaintiff's motions for entry of default are **GRANTED**. Plaintiff is advised that any motion for default judgment[3] must include discussion of all pertinent considerations, *see, e.g.*, *Eitel v. McCool*, 782 F.2d 1470,1471-72 (9th Cir. 1986), and show that this Court may exercise personal jurisdiction over Defendant, *see, e.g.*, *Tuli v. Republic of Iraq*, 172 F.3d 707, 712 (9th Cir. 1999).

IT IS SO ORDERED.

Dated: December 5, 2025

                                                                Nancy J. Koppe
United States Magistrate Judge

---

[1] This case is proceeding before the undersigned magistrate judge as part of the opt-out consent program. *See* Docket Nos. 3-4; *see also* Gen. Order 2023-11.

[2] The Court liberally construes the filings of *pro se* litigants. *Erickson v. Pardus*, 551 U.S. 89, 94 (2007).

[3] The pending motions for default reference entry of judgment. To be clear, default judgment entails a two-step process. *See* Fed. R. Civ. P. 55. The Court herein enters default. Plaintiff must now file a separate motion for default judgment if she desires such relief.