# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Maria Noemi B. Bautista,

     Plaintiff(s),

v.

Reynaldo P. Gacad,

     Defendant(s).

Case No. 2:25-cv-01226-NJK[1]

**ORDER**

On December 8, 2025, default was entered.  Docket No. 20.  The Court instructed Plaintiff that any motion for default judgment must include discussion of all pertinent considerations, *see, e.g.*, *Eitel v. McCool*, 782 F.2d 1470,1471-72 (9th Cir. 1986), and show that this Court may exercise personal jurisdiction over Defendant, *see, e.g.*, *Tuli v. Republic of Iraq*, 172 F.3d 707, 712 (9th Cir. 1999).  *See* Docket No. 19.  To date, no motion for default judgment has been filed.  Accordingly, Plaintiff is **ORDERED** to file a motion for default judgment by April 10, 2026.  Failure to seek default judgment may result in dismissal of this case.  *See* Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

Dated: March 9, 2026

_____

Nancy J. Koppe
United States Magistrate Judge

---

[1] This case is proceeding before the undersigned magistrate judge as part of the opt-out consent program.  *See* Docket Nos. 3-4; *see also* Gen. Order 2023-11.

1